**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**TRAVIS CAMPBELL**                                                         **PETITIONER**

**v.**                                                    **No. 3:26-cv-78-JDM-RP**

**BRAND HUFFMAN**                                                         **RESPONDENT**

**ORDER TRANSFERRING CASE TO THE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI**

This matter comes before the court, *sua sponte*, to consider transfer of this cause.   Travis

Campbell has submitted a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254.   Based on

Campbell's pleading, it appears this pleading should be filed in the Southern District of

Mississippi.   Venue in a *habeas corpus* case proceeding under 28 U.S.C. § 2254 is proper in either

the district where the petitioner is incarcerated – or the district in which the conviction at issue

arose:

> Where an application for a writ of habeas corpus is made by a person in custody under
> the judgment and sentence of a State court of a State which contains two or more Federal
> judicial districts, the application may be filed in the district court for the district wherein
> such person is in custody or in the district court for the district within which the State
> court was held which convicted and sentenced him and each of such district courts shall
> have concurrent jurisdiction to entertain the application.  *The district court for the
> district wherein such an application is filed in the exercise of its discretion and in
> furtherance of justice may transfer the application to the other district court for hearing
> and determination.*

28 U.S.C.A. § 2241(d) (emphasis added).

This court and our sister court in the Southern District have determined that "in furtherance

of justice" the best practice is to ensure the petition is decided in the district where the State

conviction arose.  *Id.*   Campbell is challenging a conviction and sentence in Lauderdale County

and is currently housed in Leakesville, Mississippi, both of which are in the Southern District of Mississippi.   As the court of the petitioner's conviction falls within the territorial jurisdiction of the United States District Court for the Southern District of Mississippi, in the interest of justice and judicial economy, it is **ORDERED**:

1) That this petition will be transferred to the United States District Court for the Southern District of Mississippi;

2) That the Clerk of Court is **DIRECTED** to **TRANSFER** this petition and the entire record to the United States District Court for the Southern District of Mississippi; and

3) This case is **CLOSED.**

**SO ORDERED**, this, the 28th day of April, 2026.


/s/ James D. Maxwell, II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

2